UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
-----------------------------------------------------------

SHAWN REID,

        Plaintiff,

-against-

THE CITY OF NEW YORK and P.O.s "JOHN DOE" #1-10 (said names being fictitious, as the true names are presently unknown), Individually and in Their Official Capacities,

        Defendants.
-----------------------------------------------------------

**STIPULATION OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)(A)(ii)**

15-CV-01484 (RRM) (RER)

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(2)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Shawn Reid against defendants POLICE OFFICERS "JOHN DOE" #1-10 and CITY OF NEW YORK, including its successors and assignees, and all past and present officials, employees, representatives and agents of the City, arising out of the events alleged in the Complaint in this matter, <u>Reid v. City of New York, et al.</u>, 15-CV-01484, are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorneys' fees to either party.

August 4, 2015

**THE RICHMAN LAW GROUP**
*Attorneys for Plaintiff Shawn Reid*

By: _____

Kim E. Richman, Esq.
Joseph M. Stancati, Esq.
195 Plymouth Street
Brooklyn, NY 11201
212-687-8291 (telephone)
212-687-8292 (facsimile)

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and P.O.s "John Doe" #1-10*

By: _____

Joshua M. Friedman
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street, Room 3-220
New York, NY 10007
212-356-2368 (telephone)

SO ORDERED:

_____
HONORABLE ROSLYNN R. MAUSKOPF
United States District Judge

1